1  ROBERT F. MILLMAN, Bar No. 062152
   ROD M. FLIEGEL, Bar No. 168289
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:  415.399.8490
5  E-mail: rfliegel@littler.com

6  Attorneys for Respondent
   BALLY TOTAL FITNESS CORPORATION
7
   WILLIAM R. TAMAYO, Bar No. 084965
8  CINDY O'HARA, Bar No. 114555
   EQUAL EMPLOYMENT OPPORTUNITY
9  COMMISSION
   San Francisco District Office
10 350 The Embarcadero, Suite 500
   San Francisco, CA 94105
11 Telephone:  415.625.5653
   Facsimile:  415.625.5657
12 E-mail: cindy.ohara@eeoc.gov

13 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY
14 COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS CORPORATION,<br><br>Respondent. | Case No. C 06 2974 JSW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>[L.R. 7-12 and 16-2(e)]<br><br>Judge: Honorable Jeffrey S. White |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP TO CONTINUE CMC/DATES                              Case No. C 06 2974 JSW

WHEREAS, the parties have been engaging in good faith settlement negotiations; and

WHEREAS, this Court's Order Setting Initial Case Management Conference includes the following dates:

| | |
|---|---|
| August 25, 2006 | Last day for counsel to meet and confer regarding initial disclosures, etc.; |
| August 25, 2006 | Last day for parties to file ADR-related pleadings; |
| September 1, 2006 | Last day for parties to complete initial disclosures and file Case Management Statement; and |
| September 15, 2006 | Case Management Conference. |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the above-referenced dates are continued for 45 calendar days. The continuance is in the best interest of the parties and will serve to promote judicial economy.

IT IS SO STIPULATED.

Dated: August 18, 2006

_____
WILLIAM R. TAMAYO
CINDY O'HARA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Dated: August 18, 2006

_____
ROBERT F. MILLMAN
ROD M. FLUEGEL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Respondent
BALLY TOTAL FITNESS CORPORATION

The Case Management Conference is CONTINUED to October 27, 2006 at 1:30 p.m.
IT IS SO ORDERED.

Dated: August 21, 2006

_____
JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

Firmwide:81403665.1 015960.1037

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP TO CONTINUE CMC/DATES     2.     Case No. C 06 2974 JSW