| | |
|---|---|
| 1 | ROBERT F. MILLMAN, Bar No. 062152 |
| | ROD M. FLIEGEL, Bar No. 168289 |
| 2 | LITTLER MENDELSON |
| | A Professional Corporation |
| 3 | 650 California Street, 20th Floor |
| | San Francisco, CA 94108.2693 |
| 4 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 5 | E-mail: rfliegel@littler.com |
| 6 | Attorneys for Respondent |
| | BALLY TOTAL FITNESS CORPORATION |
| 7 | |
| | WILLIAM R. TAMAYO, Bar No. 084965 |
| 8 | CINDY O'HARA, Bar No. 114555 |
| | EQUAL EMPLOYMENT OPPORTUNITY |
| 9 | COMMISSION |
| | San Francisco District Office |
| 10 | 350 The Embarcadero, Suite 500 |
| | San Francisco, CA 94105 |
| 11 | Telephone: 415.625.5653 |
| | Facsimile: 415.625.5657 |
| 12 | E-mail: cindy.ohara@eeoc.gov |
| 13 | Attorneys for Plaintiff |
| | EQUAL EMPLOYMENT OPPORTUNITY |
| 14 | COMMISSION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | | Case No. C 06 2974 JSW |
| Plaintiff, | | **JOINT STIPULATION TO STAY ALL PROCEEDINGS PENDING MEDIATION** |
| v. | | |
| BALLY TOTAL FITNESS CORPORATION, | | |
| Respondent. | | Judge: Honorable Jeffrey S. White |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP TO STAY PROCEEDINGS

Case No. C 06 2974 JSW

1. Plaintiff Equal Employment Opportunity Commission and Defendant Bally Total Fitness, by and through their attorneys of record, hereby stipulate to stay all proceedings and discovery in this matter pending the parties participation in a mediation session. This stipulation will promote judicial economy and is in the interests of the parties and the Court.

2. Neither party is making any admissions or concessions concerning the underlying merits of the claims or defenses by entering into this stipulation.

IT IS SO STIPULATED:

Dated: October 10, 2006

_____
WILLIAM R. TAMAYO
CINDY O'HARA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Dated: October 6, 2006

_____
ROBERT F. MILLMAN
ROD M. FLIEGEL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Respondent
BALLY TOTAL FITNESS CORPORATION

The Deadline to complete mediation is HEREBY set for January 19, 2007. The Case Management Conference is CONTINUED from October 27, 2006 to January 26, 2007.
IT IS SO ORDERED.

Dated: October 11, 2006

_____
JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

Firmwide:81559425.1 015960.1037

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP TO STAY PROCEEDINGS    2.    Case No. C 06 2974 JSW