WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5653
Facsimile: (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>BALLY TOTAL FITNESS CORPORATION,<br><br>                    Respondent.<br>_____ | Civil Action No. C-06-2974 JSW<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TWO WEEKS** |

**Whereas** the parties to this matter have reached an agreement to settle this matter through a consent decree; and

**Whereas** the parties through their counsel have negotiated said consent decree; however

**Whereas** counsel for the parties have not, as of April 4, 2007, received final approval from their clients for the lodging of the consent decree with the Court;

**The parties to this matter, by and through their counsel of record** hereby stipulate and jointly request that the Case Management Conference, previously continued to April 6, 2007, be continued two additional weeks to April 20, 2007, to allow the parties to give final approval and lodge the Consent Decree with the Court.

**E-filing concurrence:** I, Cindy O'Hara, attorney for Plaintiff EEOC, attest that I have

1   obtained the concurrence of Rod M. Fliegel, attorney for Defendant Bally Total Fitness

2   Corporation, for the filing of this Stipulation and Request.

3   Dated: April 4, 2007                                    EQUAL EMPLOYMENT OPPORTUNITY
                                                            COMMISSION
4
                                                            By_____/S/_____
5                                                                Cindy O'Hara
                                                                 Attorneys for Plaintiff EEOC
6
    Dated: April 4, 2007                                    LITTLER MENDELSON
7
                                                            By_____/S/_____
8                                                                Rod M. Fliegel
                                                                 Attorneys for Bally Total Fitness
9                                                                Corporation

10                                            **<u>ORDER</u>**

11          Having reviewed the Joint Stipulation and Request of the parties, and good cause

12   appearing therefore,

13          **It is hereby ordered** that the Case Management Conference set for April 6, 2007, be

14   continued two weeks to April 20, 2007.   This is the last time the Court will continue the
                                              Case Management Conference.
15          It is so ordered.

16

17   Dated:__ April 5, 2007   _____         _____

18                                              United States District Court Judge

19

20

21

22

23

24

25

26

27

28