WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5653
Facsimile: (415) 625-5657

Attorneys for Plaintiff Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | Civil Action No. C-06-2974 JSW |
| Plaintiff, | **CONSENT DECREE** |
| v. | |
| **BALLY TOTAL FITNESS CORPORATION,** | |
| Respondent. | |

      Plaintiff Equal Employment Opportunity Commission ("Commission") filed this action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct alleged unlawful employment practices on the basis of national origin (Indian) and/or religion (Sikh), and to provide appropriate relief to Sukhdev Dhaliwal whom the Commission alleged was adversely affected by such practices. The Commission alleged that Defendant Bally Total Fitness Corporation ("Bally") subjected Mr. Dhaliwal to discrimination based on his national origin and/or religion, in violation of Title VII. Defendant has denied and continues to deny the Commission's allegations concerning liability and damages. The Commission and Defendant Bally now seek to resolve this action as to each other and as between Bally and Sukhdev Dhaliwal ("Charging Party") without further contested litigation through the instant

CONSENT DECREE                   Page 1

Consent Decree. This resolution does not constitute an admission of liability on the part of Bally, nor constitute a finding on the allegations stated in the Commission's Complaint.

The Court has reviewed this Consent Decree in light of the pleadings, the record herein, and the applicable law, and now approves this Consent Decree.

THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

**GENERAL PROVISIONS**

1. This Court has jurisdiction over the subject matter and the parties to this action. This Court retains jurisdiction over this Consent Decree during its term.

2. This Consent Decree constitutes a full and final resolution of the Commission's claims against Bally in this action.

3. This Consent Decree will become effective upon its entry by the Court, and will expire according to its terms and without the need for further action by the Court or parties.

4. This Consent Decree is final and binding upon the parties to it, their successors and assigns.

5. The Commission and Bally will each bear its own costs and attorneys fees in this action.

**GENERAL INJUNCTIVE RELIEF**

6. Bally's current managers and supervisors at the Fresno Area Clubs[1] will comply with all requirements of Title VII with respect to lawful hiring practices.

7. Bally's current managers and supervisors at the Fresno Area Clubs agree not to retaliate against Charging Party, or any other person, for participating in any manner in the Commission's investigation and the proceedings in this case.

**SPECIAL INJUNCTIVE RELIEF**

**Training**

---

[1]The five "Fresno Area Clubs" are:
1. Clovis, 781 W. Shaw Ave., Clovis, CA 93612
2. Blackstone & Shaw, 5137 N. Blackstone Ave, Fresno, CA 93710
3. First & Herndon, 6735 North First St., Herndon Village Shopping Center, Fresno, CA 93710
4. Shaw & Blythe, 4308 W. Shaw Ave., Shaw View Plaza, Fresno, CA 93722
5. Madera, 2330 W. Cleveland Ave., Hallmark Towne Center, Madera, CA 93637

CONSENT DECREE                                                                                                    Page 2

8. Bally will use an outside consultant, paid for by Bally, to provide equal employment opportunity training concerning lawful hiring practices to current managers and supervisors at the five Fresno Area Clubs during the twelve (12) month term of this Consent Decree, such term to be measured from the entry of this Consent Decree. The training will specifically include the subject of avoiding discrimination based on national origin and religion in the hiring process.

9. If Connie Gordeau is no longer employed with the Fresno Area Clubs, but continues to be employed by Bally during the term of this Consent Decree, Bally will ensure that Ms. Gordeau attends the trainings, or is given equivalent training at the location where she is employed.

**Record Keeping and Reports**

10. Within sixty (60) days after completing each training session described in paragraphs 8 and 9, Bally will mail to counsel for the Commission a report containing the name of the individual or organization which did the training, the date of training, an outline of the training content, a list of all attendees and their job titles, and copies of pertinent materials distributed at the training.

11. At least two times during the term of this Consent Decree, Bally will notify counsel for the Commission whether it has received notice of any formal, written complaints of hiring discrimination based on national origin or religion from employees or applicants for employment in the Fresno Area Clubs, what steps were taken in response to the complaint(s), and how the situation was resolved. For purposes of this paragraph, the term "formal" means filed with an administrative agency.

**MONETARY RELIEF**

12. Bally will pay the total sum of $24,000.00, to Charging Party Sukhdev Dhaliwal as monetary damages in complete satisfaction of the Commission's claims against Bally as set forth in its Complaint. This sum will be paid by check directly to Charging Party within fifteen (15) business days of the entry of this Consent Decree, and will be mailed to him via certified mail at an address to be provided to Bally by the Commission. A copy of said check and any transmittal

letter will be sent to Commission counsel Cindy O'Hara at the San Francisco District Office of the Commission.

**SCOPE AND EXPIRATION OF CONSENT DECREE**

13. This Consent Decree represents the full and final resolution of EEOC charge on which this action was based.

14. This Consent Decree will be in effect for one (1) year, and will expire at midnight of the date one (1) year after its entry by the Court, provided that Bally has substantially complied with the terms of this Consent Decree. Bally will be deemed to have substantially complied if the Court has not made any findings or orders that Bally has failed to comply with any of the terms of this Decree.

15. Upon expiration of this Decree, the Court's jurisdiction over the matter shall conclude, unless the Court has, in the interest of justice, extended the Decree.

**E-filing concurrence:** I, Cindy O'Hara, attorney for Plaintiff Commission, attest that I have obtained the concurrence of Rod Fliegel, attorney for Defendant Bally Total Fitness Corporation for the lodging of this Consent Decree.

| On Behalf of Plaintiff Commission: | On Behalf of Defendant: |
|---|---|
| Dated: April 13, 2007 | Dated: April 13, 2007 |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | LITTLER MENDELSON |
| _____/S/_____ <br> WILLIAM R. TAMAYO <br> Regional Attorney | _____/S/_____ <br> ROD FLIEGEL <br> Attorneys for Defendant Bally Total Fitness Corporation |
| _____/S/_____ <br> JONATHAN PECK <br> Supervisory Trial Attorney | |
| _____/S/_____ <br> CINDY O'HARA <br> Senior Trial Attorney | |

**ORDER**

It is so ordered~~,~~ and adjudged. The Clerk is directed to close the file.

Dated: April 18, 2007

_____/s/ Jeffrey S. White_____
U.S. District Court Judge

CONSENT DECREE                                                                                                   Page 4